IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENN ASIAN SENIOR SERVICES | : | |
| d/b/a PENN ASIAN JUBILEE CENTER, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| SELECTIVE INSURANCE COMPANY | : | |
| OF SOUTH CAROLINA et al., | : | No. 20-4919 |
| *Defendant* | : | |

## ORDER

AND NOW, this 30th day of September, 2021, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 10), Plaintiff's Response in Opposition (Doc. No. 16), and Defendant's Reply (Doc. No. 19), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 10) is **GRANTED WITHOUT PREJUDICE**.

2. Plaintiff is **GRANTED** leave to file an amended complaint within 60 days of entry of this Order.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1