## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENN ASIAN SENIOR SERVICES** | : | |
| **d/b/a PENN ASIAN JUBILEE CENTER,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| **v.** | : | |
| | : | |
| **SELECTIVE INSURANCE COMPANY** | : | |
| **OF SOUTH CAROLINA et al.,** | : | **No. 20-4919** |
| *Defendant* | : | |

## ORDER

**AND NOW**, this *13th* day of October, 2021, upon consideration of Plaintiff's Stipulation of Dismissal Without Prejudice (Doc. No. 26) and the Motion to Strike the Stipulation of Dismissal and refile as a Voluntary Dismissal Without Prejudice (Doc. No. 27), it is **ORDERED** that:

1) The Motion to Strike (Doc. No. 27) is **GRANTED** and the stipulation (Doc. No. 26) shall be deemed a Voluntary Dismissal Without Prejudice.

2) The above action is **DISMISSED** without prejudice. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

_____

**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1